1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)                    **FILED**
   Assistant U.S. Attorney
5
      450 Golden Gate Ave (11th Floor)             NOV 2 ? 2007
6     San Francisco, CA 94102
      Telephone: (415) 436-7359                    RICHARD W. WIEKING
7     Facsimile: (415) 436-7234                    CLERK, U.S. DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA
8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )        CRIMINAL NO. 3-07-70704-BZ
13                                  )
          V.                        )
14                                  )        NOTICE OF PROCEEDINGS ON
                                    )        OUT-OF-DISTRICT CRIMINAL
15                                  )        CHARGES PURSUANT TO RULES
   MYRA SAULOVICH                   )        5(c)(2) AND (3) OF THE FEDERAL RULES
16                                  )        OF CRIMINAL PROCEDURE
                                    )
17
          Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
18
   Procedure that on November 27, 2007, the above-named defendant was arrested based upon a
19
   no-bail arrest warrant (copy attached), issued upon a petition for a warrant for a violation of
20
   supervised release pending in the Eastern District of California, case number 2:00CR00189-05.
21
   In that case, the defendant is charged with driving under the influence of alcohol, possessing a
22
   false driver's license, driving on a suspended license, and failing to reside at a residential
23
   community corrections center as ordered under the terms of her supervision.
24
                                             Respectfully Submitted,
25                                           SCOTT N. SCHOOLS
                                             United States Attorney
26
   Date: November 29, 2007
27                                           S. WAQAR HASIB
                                             Assistant United States Attorney
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

466413

USA,

v.

**MYRA SAULOVICH,**

## WARRANT FOR ARREST

Case Number: **2:00-CR-00189-FCB**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Myra Saulovich,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Violation Petition ☐ Other _____

charging him or her with (brief description of offense)

**Supervised Release Violation**

in violation of Title 18, _____ United States Code, Section(s) **3606**

| | |
|---|---|
| L. Mena–Sanchez | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| _(signature)_ | 11/19/07     Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **$No Bail** by **Judge Frank C. Damrell Jr.**

---

## RETURN

This warrant was received and executed with the arrest of the above–named defendant

| | |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| Date of Arrest | Signature of Arresting Officer |

Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION FOR WARRANT OR SUMMONS FOR
### OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Myra SAULOVICH |
| **Docket Number:** | 2:00CR00189-05 |
| **Offender Address:** | Oakland, California |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 01/03/2006 |
| **Original Offense:** | 18 USC 371, 1344(1) - Conspiracy to Commit Bank Fraud (CLASS D FELONY) |
| **Original Sentence:** | 21 months custody of Bureau of Prisons; 3-year term of supervised release; $100 special assessment; $2,894.49 restitution. |
| **Special Conditions:** | Search and seizure; Not dispose or dissipate assets until restitution is paid in full; Financial disclosure; No new credit charges or lines of credit without probation officer approval; Participate in drug and alcohol program; Participate in mental health treatment; Aftercare co-payment; Collection of DNA. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/05/2007 |

| | | |
|---|---|---|
| **Assistant U.S. Attorney:** | Robin Taylor | **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Shari Rusk<br>(Appointed) | **Telephone:** (916) 804-8656 |

NOV-28-2007 16:10 From:US ATTORNEY    4154366982    To:4155224694

**RE:    Myra SAULOVICH**
**Docket Number: 2:00CR00189-05**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**Other Court Action:**

**10/05/2007:**                    Voluntary modification that the defendant reside and
                                   participate in a residential community corrections
                                   center, Cornell Community Corrections Center, for up to
                                   120 days, pursuant to 18 USC 3563(b)(11).

## PETITIONING THE COURT

### (X)    TO ISSUE A WARRANT

The probation officer alleges the offender has violated the following condition(s) of
supervision:

**Charge Number    Nature of Violation**

**Charge 1:        NEW LAW VIOLATION (FORGERY - FELONY, AND OTHERS)**

On November 18, 2007, at approximately 2:30 a.m., the releasee was stopped while driving
a vehicle in the city of San Francisco. When officers approached, the releasee gave the
officers a driver's license in the name of Virginia Bostiniach with a picture of the releasee
on the license. The officers suspected that the license was fake and ran a computer check.
The license number came back to a Gregory Allen Bonner. The releasee was then placed
under arrest. Her real name was eventually ascertained and it was discovered that she
was driving on a suspended license. She was then arrested and charged with violations
of California Penal Code Section 470(b) - Forgery; California Vehicle Code Section
21453(a) - Failing to Stop; and California Vehicle Code Section 14601.1(a) - Driving On a
Suspended License. She was also booked on a no-bail warrant out of Contra Costa
County for a previous Driving Under the Influence of Alcohol arrest. This is in violation of
the releasee's standard condition of supervision which states she shall not commit another
federal, state, or local crime.

2

**RE:   Myra SAULOVICH**
**Docket Number: 2:00CR00189-05**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**Charge 2:       FAILURE TO RESIDE AND PARTICIPATE IN A RESIDENTIAL**
**COMMUNITY CORRECTIONS CENTER, AS ORDERED**

On October 5, 2007, the Court modified the releasee's conditions of supervision to include that she reside and participate in a residential community corrections center, Cornell Corrections, for up to 120 days. This order was initiated at the request of the releasee, as her term of supervised release commenced October 5, 2007, and she had no adequate release residence. She had been residing at Cornell Corrections in Oakland, California, as an inmate since August 13, 2007. Cornell Community Corrections staff indicate that the releasee was terminated from their program on November 18, 2007, for unaccountability. When she was arrested on November 18, she was in San Francisco, California, and was there unauthorized. She was authorized to be in Pleasanton, California, for work purposes and was due back at the CCC at 0400 on the 18th. Her termination from the halfway house is a violation of Special Condition Number 10 that states that she shall reside and participate in a community corrections center, Cornell Community Corrections Center, for up to 120 days.

**Justification:**     The releasee had in her possession and attempted to provide to arresting officers a fraudulent driver's license which shows a picture of the releasee with the name Virginia Bostiniach. The possession and attempted utilization of this fraudulent document is similar to the underlying offense in which the releasee was cashing fraudulent checks using fraudulent identification. She is presently in custody in San Francisco, California, and has been terminated from her participation in the community corrections center in Oakland, California.

**Bail/Detention:**    The releasee's possession of fraudulent identification is very similar to her conduct in the underlying offense. She has been terminated from her participation in the community corrections center in Oakland, California, and has no other viable release address. Should she be released from custody, there is a likelihood that she may abscond supervision based on a lack of residence. It is, therefore, requested that a no-bail bench warrant be issued which will be used as a detainer against the releasee.

Rev. 10/2007
VIOLATION_PETITION
(PROB12C-TSR)(ND).MRG

**RE:** **Myra SAULOVICH**
**Docket Number: 2:00CR00189-05**
**PETITION FOR WARRANT OR SUMMONS**
<u>**FOR OFFENDER UNDER SUPERVISION**</u>

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON:**   November 19, 2007
                        Sacramento, California
                        GPS:jz

                                    Respectfully submitted,

                                    /s/   Glenn P. Simon

                            **GLENN P. SIMON**
                    **United States Probation Officer**
                    Telephone: (916) 930-4306

**REVIEWED BY:**   /s/ John A. Poglinco (for) _____
                        **KYRIACOS M. SIMONIDIS**
                        **Supervising United States Probation Officer**

Rev. 10/2007
VIOLATION_PETITION
(PROB12C-TSR) (ND).MRG

4

**RE:  Myra SAULOVICH**
**Docket Number:  2:00CR00189-05**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( x )  The issuance of a warrant        (  )    Bail set at $ ___        ( x )    No Bail

(  )    The issuance of a summons (copy to Defense Counsel).

(  )    Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

(  )    Defendant is ordered detained, to be brought before District Judge forthwith.

( x )    Initial appearance and detention hearing before Magistrate Judge.

_November 19, 2007_
**Date**

**Signature of Judicial Officer**

cc:    United States Probation
       Robin Taylor, Assistant United States Attorney

       United States Marshal Service

5

Rev. 10/2007
VIOLATION__PETITION
(PROB12C-T8R) (ND).MRG

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

**RE: Myra SAULOVICH**
**Docket Number: 2:00CR00189-05**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1: NEW LAW VIOLATION**

    **A. Evidence:**

        (1) San Francisco Police Department Incident Report Number 071182209.

    **B. Witnesses:**

        (1) San Francisco Police Department Inspector Julie Yee will testify to the arrest and investigation into the releasee's possession of a fraudulent driver's license.

Rev. 10/2007
VIOLATION_PETITION
(PROB12C-TSR) (ND).MRG

**RE:    Myra SAULOVICH**
**       Docket Number:   2:00CR00189-05**
**       STATEMENT OF EVIDENCE**


**Charge 2:    FAILURE TO RESIDE AND PARTICIPATE IN A RESIDENTIAL**
**             COMMUNITY CORRECTIONS CENTER, AS ORDERED**


    **A.    Evidence:**

        (1)    Cornell Community Corrections Center termination report
        dated November 19, 2007, indicating the releasee's
        unsuccessful termination from her participation in the program.


    **B.    Witnesses:**

        (1)    None.


Respectfully submitted,

/s/  Glenn P. Simon

**GLENN P. SIMON**
**United States Probation Officer**


**DATED:**    November 19, 2007
             Sacramento, California
             GPS:jz


**REVIEWED BY:**    /s/  John A. Poglinco (for)_____
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**


Rev. 10/2007
VIOLATION_PETITION
(PROB12C-TSR) (ND).MRG

7

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:** Myra SAULOVICH                    **Docket Number:** 2:00CR00189-05

**Date of original offense:** 5/13/1998 through 12/12/1998

**Original term of supervised release imposed:** 3 **years**

**Highest grade of violation alleged:**          C

**Criminal History Category of offender:**       V

**Chapter 7 range of imprisonment:** 18 **to** 24 **months**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

__    **Class A felony - 5 years (or stat max of __ years if longer)**
__    **Class B felony - 3 years**
X    **Class C and/or D felony - 2 years**
__    **Class E felony and misdemeanors: 1 year**

**Violation requires mandatory revocation: YES: __ NO:** X

<u>Original offense committed after 09/13/94</u>: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

<u>Original offense committed after 09/13/94</u>: Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

<u>Positive/Failed Drug Tests after 11/02/2002</u>: Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

November 19, 2007
GPS:jz

8

Rev. 10/2007
VIOLATION_PETITION
(PROB12C-TSR) (ND).MRG