| DOCUMENTS UNDER SEAL ☐ | | | | | | TOTAL TIME (mins): 7 min | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** | | | DEPUTY CLERK | | | REPORTER/FTR | | |
| **MINUTE ORDER** | | | Lashanda Scott | | | 11:02-11:09 | | |
| MAGISTRATE JUDGE | | | DATE | | | NEW CASE | | CASE NUMBER |
| Bernard Zimmerman | | | November 28, 2007 | | | ☐ | | 3-07-70704 BZ |

| APPEARANCES | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEFENDANT | | AGE | CUST | P/NP | | ATTORNEY FOR DEFENDANT | | | PD. ☐ RET. ☐ |
| Myra Saulovich | | | Y | P | | Geoffrey Hansen (special) | | | APPT. ☐ |
| U.S. ATTORNEY | | INTERPRETER | | | | ☐ | FIN. AFFT | ☐ | COUNSEL APPT'D |
| Waqar Hasib | | | | | | | SUBMITTED | | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | | DEF ELIGIBLE FOR | ☐ | | PARTIAL PAYMENT ☐ | |
| | Brad Wilson | | | | APPT'D COUNSEL | | | OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ | PRELIM HRG | ☐ MOTION | | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ BOND HEARING | | ☐ | INITIAL APPEAL REV PROB OR S/R | ☐ | OTHER |
| ☐ DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ | PROB/REV 2007 | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☒ | NAME AS CHARGED ☐ TRUE NAME IS TRUE NAME |

| ARRAIGNMENT | | | | |
|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | | SPECIAL NOTES | ☐ | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | | OTHER: |

| CONTINUANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| TO: 11/29/2007 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | | ☐ CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON. BZ | ☒ DETENTION HEARING | | | | ☐ MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant waived identity/removal hearing.  Defendant admits to being the person charged in the Eastern District of California. Court advised the defendant of the detainer issued.
cc: BZ, Pretrial