UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Office of the Clerk
U.S. District Court
501 "I" Street
Sacramento CA 95814

**FILED**
DEC 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
DEC 05 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

Dec. 4, 2007

Case Name:    USA v. Myra Saullovich
Case Number:  3:07-70704
Charges:      supervised release violation

Dear Clerk:

   The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Bernard Zimmerman   The following action has been taken:

   (X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
   ( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
   original Rule 40 affidavit
   original minute orders
   certified copy of AO 94, Commitment to Another District

   Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                        Sincerely yours,

                                        RICHARD WIEKING, Clerk


                                        by: Lori Murray
                                        Case Systems Administrator

Enclosures
cc: Financial Office

----

Receipt of the above-described documents is acknowledged herewith and assigned case number:

00CR 0189

Date: 12/5/07

CLERK, U.S. DISTRICT COURT

By  a Benton